IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEAR BLUE SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | |
| 05 PETETE, INC. d/b/a EUPHORIA VIVE LA DIFERENCIA a/k/a EUPHORIA | : | NO. 26-1891 |

ORDER

AND NOW, this 29th day of July 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Clear Blue Specialty Insurance Company for judgment on the pleadings (Doc. #17) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.